UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JAMES KOHUTE,

Petitioner,

v.

SMITH COUNTY CORONER RECORDS,

Respondent.

Case No. 26-cv-03431-HSG

**ORDER OF TRANSFER**

Petitioner, a pretrial detainee housed at Smith County Jail in Tyler, Texas, has filed this *pro se* action against "Smith County Coroner Records." Petitioner commenced this action by filing a form petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No 1), but it is unclear if he is seeking habeas relief. Petitioner does not appear to be challenging the fact or length of his custody, describes his action as a 42 U.S.C. § 1983 complaint, and seeks transfer of this action to the Eastern District of Texas and to have the action refiled as a Section 1983 complaint. Whether this action is intended to be a habeas proceeding or a civil rights action, the proper venue for the case is the Eastern District of Texas and not this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). Petitioner is confined in Smith County and appears to be detained pursuant to proceedings in Smith County, as he has sued the Smith County Coroner regarding record keeping. Smith County is located in the Eastern District of Texas. 28 U.S.C. § 124(c)(1). If this action is intended to be a habeas action, the proper venue is therefore the Eastern District of Texas. 28 U.S.C. § 2241(d).

The proper venue for a civil rights action generally is the judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a

substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Both Petitioner and Respondent reside, or are located in, Smith County; the events alleged took place in Smith County; and no events and no parties are located in this county. If this action is intended to be a civil rights action, the proper venue is therefore the Eastern District of Texas.  28 U.S.C. §§ 124(c)(1), 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of Texas.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:    5/15/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2